

Arthur Thyme
1050 S. Van Ness
San Francisco, CA 94110
415.623.0355 (cl)
frank.wright9@gmail.com

**RECEIVED**

DEC 28 2022 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES COURT DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

Arthur Thyme,
    Plaintiff,

v.

Jennifer McInerney & Dr. Peggy Wingo,
    Defendants.

22-cv-7325
Judge Kennelly
Magistrate Judge Jantz
RANDOM

)
)
)
)

No.
Complaint

### I. Introduction

This complaint is brought under an alias by Jesse F. Swartz, Jr. (**PLEASE DO NOT CITE ACTUAL NAME IN PRE-TRIAL ORDERS**) against a former relationship and therapist.

### II. Venue and Jurisdiction

Jurisdiction and venue are proper pursuant to 28 U.S.C. § 1331.

### III. Claims

(1) Conspiracy under 720 ILCS 5/8-2;
(2) Defamation pursuant to 740 ILCS 145;
(3) Amend XIV, Sec. 1 violation;
(4) Criminal negligence;
(5) Breach of fiduciary duty.

### IV. Facts and Interpretation in Support of Claims

A. *The Uncorrectable Woman & Perspective*

Facts and initial interpretation of those facts can be found in a 100-page paper as entitled above, that paper located at No. 17-55649 (C.A.9), Doc 152 and the set of papers entitled *Perspective* in same docket.

### V. Reason & Remedy

The following process and remedy components are warranted.

(a) <u>Complete and accurate discovery</u>

Plaintiff requires absolute, complete and full disclosure related to the following information:

(1) All sexual activity and partners before and during the relationship;
(2) All drug usage before and during the relationship in question;
(3) All drug usage and selling/distribution activity by sexual partners before and during the relationship;
(4) Any and all disparaging information passed from Ms. McInerney to former friends and family members;
(5) Related facts.

//

(b) Injunctive relief

Due to the likelihood of sustained and repeated defamation propagated among, between and from the two defendants to date, inclusive of matters involving 2 related cases, the court will restrict these two individuals from discussing plaintiff's actions, reputation, state of mind, health, work and scholastic performance or anything having to do with his person in any way, shape or form save for information given to the Judge, Federal authorities, or the law firms they appoint/retain, for the purposes outlined in this suit for a timeframe of 3 years or as the court sees proper.

(c) Monetary remedy

At this point, plaintiff cannot assess the monetary value of time and life enjoyment lost, but he can say that the lack of proper discovery and assessment during "therapy" (2002-2008) cost him the ability to be able to timely comprehend, recover, find a suitable mate and have children.

(d) Declaratory remedy in the form of a public Findings of Fact and Conclusions of Law document

A portion of the remedy may include a public statement detailing the harm performed, the extent of that harm as well as the persons performing that harm.

(e) Monetary Remedy

A placeholder of $5 MM.

VI. Conclusion

It is very possible this suit, and the 2 related, are about political corruption.

Respectfully,

Arthur Thyme
frank.wright9@gmail.com

Date: 12/31/2022

No.
Complaint