IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Arthur Thyme,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 22 C 7325 |
| | ) | |
| **Jennifer McInerney and** | ) | |
| **Dr. Peggy Wingo,** | ) | |
| **Defendants.** | ) | |

### ORDER

The Court grants plaintiff's application to proceed *in forma pauperis* [3] but, for the reasons stated below, directs the Clerk to enter judgment dismissing this case as frivolous. All other motions are terminated as moot [6].

### Statement

Arthur Thyme has filed a *pro se* complaint along with a motion for leave to proceed *in forma pauperis*, that is, without prepaying the filing fee. For this reason, the Court has reviewed his complaint to determine if it is frivolous or fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2).

First of all, it does not appear that Arthur Thyme is the plaintiff's actual name; the complaint, which is filed in the public record, says his name is Jesse Swartz Jr. The Court will set that aside for the moment, however. The complaint is quite sparse; it lists only the titles of his potential claims and includes no factual allegations. It quite clearly does not contain either a short and plain statement of the ground for the Court's purported jurisdiction or a short and plain of his claims for relief as required by Fed. R. Civ. P. 8(a).

The plaintiff has also filed another document hat he entitles "notice of supplemental brief in support of complaint" (dkt. no. 5). The Court will take this as it appears to be intended—as an explanation or attempted explanation of the claims. It is 80 pages consisting almost entirely of incoherent gibberish. The plaintiff seems to have complaints regarding his marriage and perhaps about a marriage therapist or a psychotherapist. But there's no discernable claim. The Court concludes that plaintiff's claims, such as they are, are frivolous within the meaning of 28 U.S.C. § 1915(e)(2).

Date: Jan. 18, 2023

_____
MATTHEW F. KENNELLY
United States District Judge